# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1703
_____

STEPHANIE M. SOUSIE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

April 30, 2018

PER CURIAM.

This appeal pursuant to *Anders v. California*, 386 U.S. 738 (1967), involves three Walton County cases—a 2014 conviction as to which Appellant violated her probation, and two new law offenses in 2016 that triggered the violation. We affirm Appellant's convictions and sentences, and instruct the lower court to correct a scrivener's error on the judgment, which includes a count that had been dismissed.

The 2014 conviction was charged as grand theft under sections 812.014(1)(a), (b), (2)(b), Florida Statutes (2014). The judgment on appeal cites this crime as Count I of Case No. 14-CF-598, "Larceny greater than $20K but less than $100k." The record reflects, however, that this count was dismissed during the

original proceedings. It does not appear on the original judgment, the order revoking probation, or the scoresheets in the record. On remand the trial court shall enter an amended judgment deleting this reference. *See King v. State*, 201 So. 3d 206 (Fla. 1st DCA 2016) (affirming an *Anders* appeal but remanding for correction of scrivener's errors in the written judgment); *Washington v. State*, 37 So. 3d 376 (Fla. 1st DCA 2010) (same).

AFFIRMED and REMANDED with instructions.

LEWIS, KELSEY, and WINSOR, JJ., concur.

––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.